UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC VASQUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. ELIOT SPEARMAN,<br><br>　　　　　Respondent. | No.  2:18-cv-0073 TLN KJN P<br><br><br>ORDER |

　　　　Petitioner filed his third request for an extension of time to file objections to the findings and recommendations filed on April 24, 2020.  On December 17, 2020, the undersigned granted petitioner a 60 days extension of time.  In the pending motion, petitioner requests a 60-days extension of time on the grounds that he is not allowed to go to the law library due to the COVID-10 pandemic.

　　　　Pursuant to the December 17, 2020 order, petitioner has until February 15, 2021, to file his objections.  Petitioner's pending motion for extension of time is somewhat premature.  Nevertheless, petitioner is granted an extension of sixty days from the date of this order to file his objections.  Any further requests for extension of time must be supported by substantial cause.

　　　　IT IS HEREBY ORDERED that:

　　　　1.  Petitioner's request for an extension of time (ECF No. 24) is granted; and

////

1

2. Petitioner is granted sixty days from the date of this order in which to file his objections to the findings and recommendations.

Dated:  January 28, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vasq0073.111.sec